# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jian Hua Lin, <br> A 040-276-507, <br><br> *Petitioner,* <br><br> v. <br><br> Pamela Bondi, in her official capacity as U.S. Attorney General; *et al.* <br><br> *Respondents.* | **Civil Action No:** <br><br> 3:25-cv-00321-SLH-KAP |

## [~~PROPOSED~~] ORDER

Upon consideration of Petitioner's Motion to Dismiss Without Prejudice and noting that Respondents do not oppose the motion, it is hereby

**ORDERED** that the Motion is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED. January 15, 2026

_____
Stephanie L. Haines
United States District Judge

1